BROWNSTEIN HYATT FARBER SCHRECK, LLP
Jonathan C. Sandler, Bar No. 227532
jsandler@bhfs.com
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
Telephone: 310.500.4600
Facsimile:  310.500.4602

Attorneys for Defendant and Specially Appearing Defendants
OMNI HOTELS MANAGEMENT CORPORATION, OMNI HOTELS CORPORATION and TRT DEVELOPMENT COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO SAMANIEGO on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION, OMNI HOTELS CORPORATION, and TRT DEVELOPMENT COMPANY,<br><br>Defendants. | Case No.  18-cv-1372 L-BGS<br><br>**STIPULATED JOINT MOTION TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>Judge:          M. James Lorenz<br>Courtroom:  5B<br><br>Complaint Served:       June 27, 2018[1]<br>Current Response Date: July 18, 2018<br>New Response Date:     August 2, 2018 |

Defendant OMNI HOTELS MANAGEMENT CORPORATION, specially appearing defendant OMNI HOTELS CORPORATION and specially appearing defendant TRT DEVELOPMENT COMPANY (collectively "Defendants") and Plaintiff ARMADO SAMANIEGO ("Plaintiff"), through their counsel, submit the following Stipulated Joint Motion to extent the time for Defendants to respond to Plaintiff's initial complaint filed on June 21, 2018, for fifteen (15) days, from July

---

[1] Defendant Omni Hotels Corporation was served on June 28, 2018, and therefore, its response to the Complaint is currently due on July 19, 2018. Defendants request that each Defendant's deadline to respond to the Complaint be extended to August 2, 2018.

18, 2018 to August 2, 2018.

Good cause for the stipulated extension exists. Defendants' counsel was recently retained and needs additional time to adequately investigate the legal and factual basis of Plaintiff's claims before filing an answer or otherwise responding to Plaintiff's Complaint.

WHEREFORE, the parties respectfully request that the Court extend the time for Defendants to file their Answer or otherwise respond to the Complaint to August 2, 2018.

Dated: July 18, 2018    BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Jonathan C. Sandler
Jonathan C. Sandler
Attorneys for Defendant and
Specially Appearing Defendants
OMNI HOTELS MANAGEMENT
CORPORATION, OMNI HOTELS
CORPORATION and TRT
DEVELOPMENT COMPANY

Dated: July 18, 2018    CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP

By: /s/ Todd D. Carpenter
Todd D. Carpenter
Attorneys for Plaintiff
ARMANDO SAMANIEGO on
Behalf of Himself and All Others
Similarly Situated

Filer's Attestation: Pursuant to the USDC, Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP and on July18 2018, I electronically filed the foregoing **JOINT STIPULATED MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** with the Clerk of the Court using the CM/ECF, which will serve the parties electronically by sending notification of such filing to the following:

Todd D. Carpenter
CARLSON LYNCH SWEET
KILPELA & CARPENTER, LLP

Email: tcarpenter@carlsonlynch.com

*Attorneys for Plaintiff*
ARMANDO SAMANIEGO on
Behalf of Himself and All Others
Similarly Situated

Patricia Cormier Herron
Employee of
Brownstein Hyatt Farber Schreck, LLP