**CARLSON LYNCH SWEET
KILPELA & CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
1350 Columbia St., Ste. 603
San Diego, California 92101
Telephone: (619) 762-1900
Facsimile: (619) 756-6991
tcarpenter@carlsonlynch.com

*Attorneys for Plaintiff
and Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO SAMANIEGO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION, OMNI HOTELS CORPORATION, and TRT DEVELOPMENT COMPANY,<br><br>Defendants. | Case No:  3:18-cv-01372-L-BGS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE THAT this action is voluntarily dismissed by Plaintiff Armando Samaniego in its entirety, without prejudice. The dismissal is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: July 31, 2018

Respectfully submitted,

*/s/ Todd D. Carpenter*

**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
1350 Columbia St. Ste. 603
San Diego, California 92101
Telephone: (619) 762-1900
Facsimile: (619) 756-6991
tcarpenter@carlsonlynch.com

*Attorneys for Plaintiff and Class Counsel*